E-FILED
Tuesday, 05 February, 2019 11:20:44 AM
Clerk, U.S. District Court, ILCD

US Dist Court Central Dist of Illinois

Steven D Lisle Jr #R40159 ) NO 17 CV 1488
                vs      Plaintiff  )
John R Baldwin              )    mmm
           Defendant    )

SCANNED AT MENARD and E-mailed
2-5-19  by  PS   1   pages
date      initials   No.

# Motion Requesting Status Update

Now Comes Steven D Lisle Jr #R40159 in the above motion

1. On 1/24/19 at 4:12 Pm cst and filed on 1/24/19 Judge Mihm enter A docket text dening Plaintiff appointment of counsel.

2. Plaintiff Request a status update in the above Titled complaint.

3. Plaintiff seeks To Know If The court has Conducted A merit review In his amended complaint If So Plaintiff has not receive the merit Review order!

## Relief

1  Status up date And if merit review was conducted have clerk of the court to send plaintiff a copy of merit review

Steven D Lisle Jr

Certificate of service
On 2-4-19 Efiled to clerk of court
US Dist court central Dist of Illinois